## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

JOHN C. HAYNES,

         Petitioner,

    v.

UNITED STATES OF AMERICA,

         Respondent.

_____

1:19-cv-5008 (NLH)

**MEMORANDUM OPINION & ORDER**

**APPEARANCES**:

Craig Carpenito, United States Attorney
Diana V. Carrig, Assistant United States Attorney
US Attorney's Office
District of New Jersey
US Post Office Building
401 Market Street
4th Floor
Camden, NJ 08101

    Attorneys for Respondent

John C. Haynes
71371-050
Ray Brook
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 900
Ray Brook, NY 12977

    Petitioner pro se

**HILLMAN**, District Judge

    WHEREAS, Petitioner John C. Haynes filed a motion to

correct, vacate, or set aside his federal sentence under 28

U.S.C. § 2255 on February 7, 2019, see ECF No. 1; and

    WHEREAS, the Court ordered Respondent United States to answer the motion on December 23, 2019, see ECF No. 7; and

    WHEREAS, the Court granted Respondent one extension of time to file its answer on February 24, 2020, see ECF No. 9; and

    WHEREAS, Respondent moves for a second extension of time to file its answer, see ECF No. 11; and

     THEREFORE, IT IS on this  22nd   day of April, 2020

    ORDERED that Respondent's request for an extension of time, ECF No. 11, is granted.  The answer is due no later than May 21, 2020; and it is further

    ORDERED that the Clerk shall send a copy of this order to Petitioner by regular mail.


                                        s/ Noel L. Hillman
At Camden, New Jersey                 NOEL L. HILLMAN, U.S.D.J.