```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JOHN C. HAYNES, | Civ. No. 19-5008 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**APPEARANCES**:

John C. Haynes
71371-050
Ray Brook
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 900
Ray Brook, NY 12977

    Petitioner Pro Se

Craig Carpenito, United States Attorney
Diana V. Carrig, Assistant United States Attorney
Office of the US Attorney
US Post Office Building
401 Market Street
4th Floor
Camden, NJ 08101

    Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, Petitioner John C. Haynes filed a motion to correct, vacate, or set aside his federal sentence under 28 U.S.C. § 2255, see ECF No. 1; and

    WHEREAS, the Court ordered the United States to answer the

motion on December 23, 2019, see ECF No. 7; and

WHEREAS, the Court granted the United States' request to extend its time to answer to May 21, 2020, see ECF No. 12; and

WHEREAS, Petitioner submitted a letter to the Court objecting to the United States' failure to file an answer by that date, see ECF No. 13; and

WHEREAS, on April 17, 2020, Chief Judge Freda Wolfson extended "all filing and discovery deadlines in civil matters that currently fall between May 1, 2020 and May 31, 2020 . . . by 30 days . . . ."  Standing Order 2020-09, available at https://www.njd.uscourts.gov/sites/njd/files/2020-09.pdf; and

WHEREAS, 30 days from May 21, 2020 is June 20, 2020.  As June 20 is a Saturday, the answer is due Monday, June 22,

IT IS on this  10th   day of June, 2020

ORDERED that Respondent's answer is due Monday, June 22, 2020; and it is finally

ORDERED that the Clerk of the Court shall send a copy of this Order to Petitioner by regular mail.


At Camden, New Jersey             s/ Noel L. Hillman
                                  NOEL L. HILLMAN, U.S.D.J.