```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
    _____

    JOHN C. HAYNES,                   Civ. No. 19-5008 (NLH)

              Petitioner,             MEMORANDUM OPINION & ORDER

         v.

    UNITED STATES OF AMERICA,

              Respondent.
    _____
```

**APPEARANCES**:

John C. Haynes
71371-050
Ray Brook
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 900
Ray Brook, NY 12977

    Petitioner Pro Se

Craig Carpenito, United States Attorney
Diana V. Carrig, Assistant United States Attorney
Office of the US Attorney
US Post Office Building
401 Market Street
4th Floor
Camden, NJ 08101

    Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, Petitioner John C. Haynes filed a motion to correct, vacate, or set aside his federal sentence under 28 U.S.C. § 2255, see ECF No. 1; and

    WHEREAS, the Court ordered the United States to answer the

motion on December 23, 2019, see ECF No. 7; and

WHEREAS, the Court granted the United States' request to extend its time to answer to May 21, 2020, see ECF No. 12; and

WHEREAS, on April 17, 2020, Chief Judge Freda Wolfson extended "all filing and discovery deadlines in civil matters that currently fall between May 1, 2020 and May 31, 2020 . . . by 30 days . . . ."  Standing Order 2020-09, available at https://www.njd.uscourts.gov/sites/njd/files/2020-09.pdf; and

WHEREAS, 30 days from May 21, 2020 was June 20, 2020.  As June 20 was a Saturday, the answer was due Monday, June 22, see ECF No. 14; and

WHEREAS, the United States has not filed its answer,

IT IS on this  10th   day of July, 2020

ORDERED that within 14 days of this Order, Respondent shall show cause in writing why the § 2255 motion should not be granted; and it is finally

ORDERED that the Clerk of the Court shall send a copy of this Order to Petitioner by regular mail.

At Camden, New Jersey
                       s/ Noel L. Hillman
                       NOEL L. HILLMAN, U.S.D.J.